**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **No. 19-cr-0394-RC** |
| **ERICK MCNAIR,** | |
| **Defendant.** | |

## REPORT AND RECOMMENDATION

On June 17, 2025, the Probation Office filed a petition requesting that Judge Contreras issue a warrant and hold a hearing on violation because of a series of arrests that related to driving under the influence of alcohol. On June 18, 2025, Judge Contreras issued the warrant.

On August 6, 2025, the Defendant appeared before the undersigned for a return on arrest warrant and detention hearing. The undersigned released Defendant on conditions.

On August 7, 2025, Judge Contreras referred the final hearing on violation to the undersigned pursuant to Fed. R. Crim. P. 32.1(b)(2).

The undersigned held two reentry progress hearings. During these hearings, the undersigned and Probation Officer Ian Bates commended the Defendant for maintaining his sobriety, complying with his conditions of release, and maintaining employment. Defendant was proud to be doing so well and expressed that he felt he finally had gotten his life on the right track.

The Defendant has met every benchmark set by the U.S. Probation Office. In light of his exemplary compliance, the U.S. Probation Office and the U.S. Attorney's Office recommended revocation of the Defendant's supervised release, that the court sentence him to time served, and that the Court impose no additional period of supervision.

1

The undersigned again commends the Defendant for accomplishing the goals the Court set forth for him. The undersigned's assessment is based not only on the Defendant's track record, but also on personal observation and assessment. The Defendant has shown the level of maturity and responsibility that he will need to succeed post-supervision. Critically, the Defendant has accepted responsibility: he admitted the supervised release violation, having previously pled guilty to the underlying charge.

Based on the Defendant's admission, the Court recommends a finding that the Defendant violated his conditions of release as stated in the outstanding petition. The Defendant's supervision must be revoked based on this admission. Given the Defendant's great success during reentry, that he remains under supervision by Superior Court, and the agreement of the parties, the Court further recommends that a sentence of time served should be imposed with no additional period of supervision.[1]

Date: November 20, 2025

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

---

[1] Per the Probation Office, no hearing is needed to adopt this Recommendation, as no additional supervision is ordered. Adoption of the Report and Recommendation would close this case.